UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

V.  Case No. 8:18-cr-422-T-17JSS

OSVALDO ENMANUEL PERALTA

**PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States of America's Motion for a Preliminary Order of Forfeiture for a Century Arms model RAS47 rifle bearing serial number RAS47091064.

Being fully advised of the relevant facts, the Court hereby finds that the above-referenced firearm, a defense article within the United States Munitions List, was smuggled from the United States, to which the defendant pled guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 22 U.S.C. § 401, 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the asset identified above is hereby forfeited to the United States for disposition according to law.

CASE NO. 8:18-CR-422-T-17JSS

It is FURTHER ORDERED that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

DONE and ORDERED in Tampa, Florida, this 21st day of DECEMBER, 2018.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record

2